IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
*(Electronically Filed)*

| | |
|---|---|
| KEVIN K. TODD | ) |
| | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 4:17-CV-129-JHM |
| | ) |
| COVENANT SECURITY SERVICES, INC. | ) |
| | ) |
| | ) |
| DEFENDANT. | ) |

## NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Covenant Security Services, Ltd., improperly sued in the name of Covenant Security Services, Inc. ("Defendant"), by counsel, hereby files this notice to remove an action pending against it in Daviess Circuit Court to the United States District Court for the Western District of Kentucky, Owensboro Division. In support of this removal, Defendant states as follows:

### Background

1. Plaintiff, Kevin K. Todd ("Plaintiff"), filed this action on September 1, 2017 in Daviess Circuit Court, designated *Kevin K. Todd v. Covenant Security Services, Inc., Civil Case No. 17-CI-00902, Division II* ("State Court Action"). A copy of the Complaint in the State Court Action ("Complaint"), along with the summons, is attached as Exhibit A. The Complaint was the initial pleading setting forth the claim for relief upon which this civil action is based, and no

other proceedings have occurred in the State Court Action. Service of the Summons and Complaint were made on Defendant on September 7, 2017.

2. Plaintiff, a former employee of Defendant, seeks alleged damages in connection with the termination of his employment. Plaintiff's Complaint alleges causes of action against Defendant for alleged disability and age discrimination in violation of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*, the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C.§ 621, *et seq.*, and the Kentucky Civil Rights Act ("KCRA"), KRS 344.010, *et seq.*

### Federal Question Jurisdiction

3. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's claims based on the federal laws, ADA and ADEA. Thus, this claim is being removed to this Court under 28 U.S.C. § 1441(a).

4. The remaining state law claims are removable pursuant to 28 U.S.C. § 1441(c).

### Diversity Jurisdiction

5. In addition to basing removal on federal question jurisdiction, Defendant separately removes the matter based on diversity jurisdiction. As provided in 28 U.S.C. § 1332(a), federal courts have original jurisdiction over all civil actions in which the action is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interests and costs.

6. This action is, in fact, between citizens of different states.

7. Plaintiff alleges in his Complaint that he is a citizen of Daviess County, Kentucky (Complaint, ¶1).

8. Defendant is an Illinois corporation with its principal place of business in Illinois, and it is authorized to do business in Kentucky. (*See* Complaint, ¶ 2).

9. Plaintiff seeks damages in an unspecified amount for lost wages and benefits, compensatory damages, liquidated damages, emotional distress damages, costs, attorney's fees and punitive damages. (*See* Complaint).

10. Based upon the types of damages that Plaintiff seeks, and upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000. Thus, this claim is removable to this Court under 28 U.S.C. § 1441(a).

## Venue

11. Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Western District of Kentucky is the federal judicial district embracing the Daviess Circuit Court, the court in which the State Court Action was originally filed.

## Timely Filing

12. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after September 7, 2017, the date on which Defendant first received service of the Complaint in the State Court Action.

## Procedural Requirements

13. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

14. Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, are serving a copy of this Notice upon counsel for Plaintiff, and are filing a copy of this Notice with the Daviess Circuit Court.

15. This Notice of Removal has been verified by Craig P. Siegenthaler, counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Daviess Circuit Court to the United States District Court for the Western District of Kentucky, Owensboro Division.

Respectfully submitted,

*/s/ Craig P. Siegenthaler*_____
Craig P. Siegenthaler
Fisher & Phillips LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone: (502) 561-3990
Fax: (502) 561-3991
E-mail: csiegenthaler@fisherphillips.com

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2017, I electronically filed the foregoing *Notice of Removal* with the clerk of the court by using the CM/ECF System, which arranges for electronic service to the following:

Cheryl N. Cureton
Bamberger, Brancato & Cureton PSC
111 West Second Street
P. O. Box 1676
Owensboro, Kentucky 43202-1676
Ph: (270) 926-4545
Fax: (270) 684-0064
E-mail: ccureton@bransatolaw.com

*COUNSEL FOR PLAINTIFF*

*/s/ Craig P. Siegenthaler*
COUNSEL FOR DEFENDANT