IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

*(Electronically Filed)*

| | |
|---|---|
| KEVIN K. TODD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 4:17-CV-00129-JHM |
| | ) |
| COVENANT SECURITY SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, Covenant Security Services, Ltd. (incorrectly identified in the Complaint as "Covenant Security Services, Inc."), by counsel, hereby moves this Court pursuant to Fed. R. Civ. P. 56 to dismiss all claims brought by the Plaintiff, Kevin K. Todd, in his Complaint with prejudice. The grounds for this Motion are fully set forth in the Memorandum of Law in Support of Defendant's Motion for Summary Judgment, which is being filed contemporaneously with this Motion. A proposed Order is also tendered herewith.

Respectfully submitted this 4th day of September, 2018.

                     */s/ Craig P. Siegenthaler*
                     Craig P. Siegenthaler
                     Katherine A. Garbarino
                     FISHER PHILLIPS LLP
                     220 W. Main Street, Suite 1700
                     Louisville, Kentucky 40202
                     Telephone: 502/561-3990
                     Facsimile: 502/561-3991
                     E-Mail: csiegenthaler@fisherphillips.com
                     E-Mail: kgarbarino@fisherphillips.com

                     COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

  I hereby certify that on September 4, 2108, I electronically filed the foregoing *Motion for Summary Judgment* with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

  Cheryl Cureton Spalding
  BAMBERGER BRANCATO & CURETON, PSC
  111 West Second Street
  Owensboro, Kentucky 42303
  Telephone: 270/926-4545
  Facsimile: 270/684-0064
  E-Mail: ccureton@brancatolaw.com

  COUNSEL FOR PLAINTIFF

            */s/ Craig P. Siegenthaler*
            COUNSEL FOR DEFENDANT